FILED
ASHEVILLE, N.C.

DEC 05 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:17po6 |
| | ) | (CVB/Petty Offense) |
| v. | ) | **BILL OF INFORMATION** |
| | ) | Violations: |
| REBECCA A. MORIELLO | ) | 41 C.F.R. 102-74.365 |
| | ) | 41 C.F.R. 102-74.385 |
| | ) | 41 C.F.R. 102-74.390 |
| | ) | 41 C.F.R. 102-74.450 |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>Count One</u>

On or about June 29, 2017, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**REBECCA A. MORIELLO**

did fail to comply with the lawful direction of an authorized individual, that is, an immigration judge, while on property under the authority of the General Services Administration (GSA), that is, the United States Immigration Court located at 5701 Executive Center Drive, Suite 400, Charlotte, NC 28212, in that the defendant continued to use a cellular phone in an immigration courtroom despite the command of the presiding immigration judge, transmitted through a private security officer, that the defendant cease such use within the courtroom.

All in violation of 41 C.F.R. 102-74.365, 41 C.F.R. 102-74.385, and 41 C.F.R. 102-74.450.

1

## Count Two

On or about June 29, 2017, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**REBECCA A. MORIELLO**

did impede and disrupt the performance of official duties by government employees while on property under the authority of the General Services Administration (GSA), that is, the United States Immigration Court located at 5701 Executive Center Drive, Suite 400, Charlotte, NC 28212, in that the defendant created a disturbance by refusing commands from an immigration judge and a private security officer to cease the use of a cellular phone within that judge's courtroom during a sealed asylum proceeding.

All in violation of 41 C.F.R. 102-74.365, 41 C.F.R. 102-74.390, and 41 C.F.R. 102-74.450.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

DANIEL V. BRADLEY
ASSISTANT UNITED STATES ATTORNEY
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Daniel.Bradley@usdoj.gov

2

Case 1:17-po-00006-DCK   Document 1   Filed 12/05/17   Page 2 of 2