# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:17-PO-006-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| REBECCA A. MORIELLO, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Quash By Executive Office For Immigration Review" (Document No. 20) filed January 22, 2018. Having carefully considered the motion, the record, and the arguments of counsel at a motions hearing on February 1, 2018, the undersigned will grant the motion to quash.

For the reasons stated in the hearing, the undersigned finds good cause to grant the motion to quash; however, the Court will order the Executive Office For Immigration Review ("EOIR") to provide redacted transcripts to the Court and to Defendant's counsel. The undersigned observes that Defendant's response to the instant motion suggests several alternative measures to producing a full audio recording of the underlying asylum proceeding that include providing transcripts. (Document No. 21, p.7). Moreover, at the recent hearing, counsel for the Government expressed a willingness by the EOIR to produce redacted transcripts if ordered to do so by the Court.

Based on the foregoing, counsel for EOIR is directed to provide a full transcript of the underlying asylum proceeding to the undersigned United States Magistrate Judge for *in camera* review. EOIR, at its discretion, may redact any personal identifying information of the Respondent in the underlying asylum proceeding.

In addition, counsel for EOIR shall provide a separate transcript of the underlying asylum proceeding to Defendant's counsel, which the Court expects will be heavily redacted.

**IT IS, THEREFORE, ORDERED** that the "Motion To Quash By Executive Office For Immigration Review" (Document No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Executive Office For Immigration Review shall provide transcripts as directed herein, on or before **February 16, 2018**.

**SO ORDERED**.

Signed: February 1, 2018

David C. Keesler
United States Magistrate Judge