IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17-PO-006-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REBECCA A. MORIELLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. In response to the parties' informal requests for a new trial setting, and noting that all parties have agreed on a date that they and their witnesses are available, the undersigned will again reset the trial date in this matter. Barring extraordinary circumstances, the trial date will not be further extended.

**IT IS, THEREFORE, ORDERED** that a trial in this matter will be held on **July 12, 2018**, beginning at 9:30 a.m., in the Magistrate Courtroom of the Charles R. Jonas Federal Building and United States Courthouse.

**SO ORDERED**.

Signed: April 30, 2018

David C. Keesler
United States Magistrate Judge