# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:17-PO-006-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REBECCA A. MORIELLO, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Compliance With Court Order Dated February 2, 2018" (Document No. 24) filed by counsel for the Executive Office for Immigration Review ("EOIR") on February 12, 2018; and the associated delivery to the undersigned of certain redacted transcripts for the Court's *in camera* review. Consistent with the Court's February 2, 2018 Order (Document No. 22), the undersigned has reviewed the transcripts *in camera* and concludes that no further discovery regarding these transcripts is warranted at this time.

**SO ORDERED**.

Signed: May 14, 2018

David C. Keesler
United States Magistrate Judge