# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:17-PO-006-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REBECCA A. MORIELLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Quash By Executive Office For Immigration Review" (Document No. 26) filed by counsel for the Executive Office for Immigration Review ("EOIR") on April 21, 2018. Having carefully considered the motion, the record, and the "Notice Re: Document 26" (Document No. 34) filed June 13, 2018, the undersigned will <u>deny</u> the motion as moot. The undersigned commends the parties and counsel for resolving this dispute without further Court intervention.

**IT IS, THEREFORE, ORDERED** that the "Motion To Quash By Executive Office For Immigration Review" (Document No. 26) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the hearing scheduled for June 18, 2018 is hereby **CANCELLED**.

**SO ORDERED**.

Signed: June 14, 2018

David C. Keesler
United States Magistrate Judge